No. 258, Misc. GINGER v. BOWLES, JUDGE. Supreme Court of Michigan. Certiorari denied. Petitioner *pro se.* *Aloysius J. Suchy* and *George H. Cross* for respondent.

No. 260, Misc. SORENSON v. NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 261, Misc. BILLMAN v. MURPHY, WARDEN. Appellate Division, Supreme Court of New York, Second Judicial Department. Certiorari denied.

No. 262, Misc. NAVARRO v. LAVALLEE, WARDEN. Court of Appeals of New York. Certiorari denied. Petitioner *pro se.* *Louis J. Lefkowitz,* Attorney General of New York, *Paxton Blair,* Solicitor General, and *Anthony J. Lokot,* Assistant Attorney General, for respondent.

No. 263, Misc. THOMAS v. PENNSYLVANIA. Supreme Court of Pennsylvania. Certiorari denied. *Joseph N. Bongiovanni, Jr.* for petitioner.

No. 267, Misc. ZUKOSKI v. BALTIMORE & OHIO RAILROAD CO. C. A. 3d Cir. Certiorari denied. *Louis C. Glasso* for petitioner. *Sydney R. Prince, Jr.* for respondent.

No. 269, Misc. TOMAIOLO v. UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 272, Misc. COOPER v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.